IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARCA A. ZACHARY,

        Plaintiff,

v.                                            Case No. 2:18-cv-2288-KHV

ANDREW M. SAUL,
Commissioner of Social Security,

        Defendant.

## AGREED ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this Social Security appeal, finds that reimbursement should be made for attorney's fees in the amount of $4,250.00. In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee is payable to the Plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States.

**IT IS THEREFORE ORDERED THAT**, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$4,250.00**. The check for attorney's fees should be made payable to Plaintiff and mailed to Plaintiff's attorney's address.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2019.

                                                          s/ Kathryn H. Vratil
                                                          KATHRYN H. VRATIL
                                                          United States District Judge